

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NOS.
**WR-94,948-01**
**WR-94,948-02**

**EX PARTE SAMUEL CAROTHERS, Applicant**

**ON APPLICATIONS FOR WRITS OF HABEAS CORPUS**
**CAUSE NOS. D-1-DC-20-300071 & D-1-DC-21-301198**
**IN THE 147TH DISTRICT COURT FROM TRAVIS COUNTY**

*Per curiam*.

**O P I N I O N**

Applicant was convicted of two offenses of assault and sentenced to five years' imprisonment in each case. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his guilty pleas were involuntary because the plea agreements were conditioned on his state and federal sentences running concurrently. Based on the record, the trial court has determined that Applicant is not receiving credit on his federal sentence and that his plea agreements were conditioned on his state and federal sentences running concurrently.

Relief is granted. *Ex parte Huerta*, 692 S.W.2d 681 (Tex. Crim. App. 1985). The judgments in cause numbers D-1-DC-20-00071 and D-1-DC-21-301198 in the 147th District Court of Travis County are set aside, and Applicant is remanded to the custody of the Sheriff of Travis County to answer the charges as set out in the indictments. The trial court shall issue any necessary bench warrants after the date of this Court's mandates.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: July 26, 2023
Do not publish